[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1:22-cv-02828
Judge Thomas M. Durkin
Magistrate Judge Maria Valdez
RANDOM

United States District Court
Northern District of Illinois

FILED
6/2/2022
NF
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff )
)
v. Benton, Derika )
)
)
Defendant )

- Officer 4248, unit 764 of Chicago Police Department
- Chicago Police Department
- ALL officers of CPD attached to ticket # TU-122-200 (204, 202)

**COMPLAINT**


RECEIVED
MAY 27 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Violation of section 9.5(c) of FOIA.L5 ILCS 140/9.5(c)

I requested my police report from the arrest so that I can I lodge an complaint against the officers, and get their badge numbers because it was not written on the tickets that I were issued. After multiple request and inquiry from the attorney general office. CPD failed to present an arrest report for the improper arrest and unreasonable and seizure that occured to me Derika Benton on MAY 31st 2020 at the 3400 N. Block of OLCOTT.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of Illinois

Plaintiff

v. Benton, Derika

Defendant

All 4 officers 3 male 1 female that were attached to Traffic tickets TU-122-200, TU-122-201, and TU-122-202 of the CHicago Police Department

COMPLAINT

Unreasonable search and seizure and violation of the Fourth Amendment to the US Constitution against me Derika Benton.

I have no names for the officers. I requested arrest reports but was denied them by the Chicago Police Department. On MAY 31 2020 I was ambushed and attacked, then falsely arrested and made to bond out for what supposed was a failure to stop at a stop sign. I won my case in traffic court however I was denied my FOIA request so that I could open an investiagation against those officers that violated me. There was one black female, two black males, and 1 white male officer that was involved. This incident lead to me losing income w/ my business.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of Illinois

Plaintiff

v. Benton, Derika

Defendant

Officer 4248 unit 714 of Chicago Police Department

## COMPLAINT

Unreasonable Search and Seizure and violation of my Fourth Amendment to the US Constitution. This is the listed officer badge number on my tickets that I recieved. On May 31st 2020 on the 3400 N. Block of Olcott after driving home from the grocery store to be ambushed, and attacked by the officers attached to these tickets. I was falsely arrested and said to not have a valid drivers liscense or insurance which was a lie. After bonding out of jail I presented my valid liscense to the pound to retrieve my car and I used the same information to beat my case in traffic court.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]