SH

FILED
JAN 13 2023 LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Derika Benton

v.

Defendant(s) Officer 4248, et al

Case Number: 22 CV 02828

Judge: Thomas M. Durkin
Magistrate Maria Valdez

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Derika Benton, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)

   Attorney Roderick of Rodgot you
   Illinois Bar Association and there 3 refferals
   Hale & Monico

   but I have been unable to find an attorney because: the ones contacted said that I have a case, but it's unfamilar to them or not their expertise and denied taking my case. I have also contacted the Illinois Bar Association and have utilized the Hibler help desk so far.

3. I declare that (check all that apply): I am a mother of 3 moving out my home.
   (Now:) I need help from a willing Attorney.
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

Rev. 06/23/2016

- [✓] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.
- [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. [ ] I declare that my highest level of education is (check one):

   - [ ] Grammar school
   - [ ] Some high school
   - [ ] High school graduate
   - [ ] Some college
   - [✓] College graduate
   - [ ] Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. [✓] I declare under penalty of perjury that the foregoing is true and correct.

_____  
Signature of Movant

3221 N OLCOTT AVE  
Street Address

1/11/2023  
Date

Chicago, IL 60634  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016